IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　Plaintiff,<br><br>　vs.<br><br>JANE KEMBLE DUNBAR,<br><br>　　Defendant. | CV 23-85-H-KLD<br><br>ORDER |

The parties have filed a Stipulated Motion to Dismiss with Prejudice. (Doc. 50). Accordingly,

IT IS ORDERED that this case is hereby dismissed with prejudice, each party to pay its own attorney's fees and costs.

DATED this 19th day of November, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1